IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR463 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TODD H. WOODS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue trial by defendant Todd H. Woods (Woods) (Filing No. 36). Woods seeks a continuance of the trial to a later date. Woods has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Woods consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1.   Woods' motion to continue trial (Filing No. 36) is granted.

2.   Trial of this matter is scheduled for **August 8, 2005,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 2, 2005 and August 8, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of June, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge