## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:04CR463 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TODD H. WOODS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to allow travel (Filing No. 50). The motion is granted.

**IT IS SO ORDERED.**

DATED this 14th day of November, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge