Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Todd H. Woods     **Docket Number:** 8:04CR463-001 |
| **Sentencing Judge:** | The Honorable Joseph F. Bataillon<br>Chief U.S. District Judge |
| **Date of Original Sentence:** | April 13, 2006 |
| **Original Offense:** | Mail Fraud<br>18 U.S.C. 1341 & 1342 |
| **Original Sentence:** | 12 months custody; 3 years supervised release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commences:** | May 25, 2007 through May 4, 2010 |

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

_X_   To modify the conditions of supervision as follows:

**That Special Condition #3 be removed. Special Condition #3, states, "The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the probation officer."**

## CAUSE

Mr. Woods is currently being supervised by U.S. Probation Officer Brian H. Hill in the Eastern District of Oklahoma. USPO Hill has requested the removal of this condition. USPO Hill advised that Mr. Woods would like to reestablish his business and that this condition needs removed in order for him to conduct business.

Respectfully submitted,                              Reviewed by,

*Karen Bucksbee* (signature)                         *Mary Lee Ranheim* (signature)

Karen Bucksbee                                       Mary Lee Ranheim, Supervising
U.S. Probation Technician                            U.S. Probation Officer

Todd H. Woods
**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
Page 2

THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

_X_  The Modification of Conditions as noted above

___  Other

_____          ____7/16/07_____
The Honorable Joseph F. Bataillon       Date
Chief U.S. District Judge

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

That Special Condition #3 be removed. Special Condition #3, states, "The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the probation officer."

Witness: _____    Signed: _____
Brian H. Hill                                         Todd H. Woods
U.S. Probation Officer                          Offender

Date: 7-11-07